IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAUL E. KNIGHT,

       Petitioner,

v.

TIMOTHY H. CANNON,
SECRETARY, FLORIDA
DEPARTMENT OF
CORRECTIONS, AND R.
COMERFORD, WARDEN,
SANTA ROSA CORRECTIONAL
INSTITUTE,

       Respondents.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-985

Opinion filed December 4, 2014.

Petition for Writ of Certiorari—Original Jurisdiction.

Paul E. Knight, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Tammy S. Metcalf, Assistant Attorney General, Tallahassee, for Respondents.

PER CURIAM.

      The petition is denied on the merits.

LEWIS, C.J., and VAN NORTWICK and SWANSON, JJ., CONCUR.